UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br><br>Defendants. ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10674-DPW<br>   (Old Southington Landfill)<br>NO:1:04-CV-10680-DPW<br>   (Solvents Recovery Service) |

<u>NOTICE OF FILING WITH CLERK'S OFFICE</u>

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding Solvents Recovery Service and Old Southington Landfill Sites,

- Appendix to Black & Decker's Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding Solvents Recovery Service and Old Southington Landfill Sites; and

- Black & Decker's Statement of Material Facts as to Which There is No Genuine Dispute Regarding the Solvents Recovery Service and Old Southington Landfill Sites.

The original documents are maintained in the case file in the Clerk's Office.

| | |
|---|---|
| Dated:  October 20, 2004 | /s/Jack R. Pirozzolo<br>Jack R. Pirozzolo BBO# 400400<br>Richard L. Binder BBO# 043240<br>Judith S. Ziss, BBO# 544937<br>Willcox, Pirozzolo & McCarthy<br>Professional Corporation<br>50 Federal Street<br>Boston, Massachusetts  02110<br>(617) 482-5470<br>Attorneys for defendants |