UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br><br>             Defendants. | C.A. No. 96-10804-DPW<br>Case Numbers:<br>1:04-CV-10680-DPW<br>(SRS Site)<br>1:04-CV-10674-DPW<br>(OSL Site) |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE
TO FILE MEMORANDUM OF LAW
IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual"), hereby moves this Court for an Order granting Liberty Mutual leave to file Liberty Mutual Insurance Company's Opposition to Black & Decker's Supplemental Motion for Partial Summary Judgment with Respect to the Old Southington Landfill and Solvents Recovery Services sites, which exceeds twenty pages in length.

As grounds for the instant motion, Liberty Mutual states that a significant number of legal and factual issues must be addressed in the supplemental motion for summary judgment. Liberty Mutual respectfully submits that a memorandum of law exceeding twenty pages in length is necessary in order to provide a full

explication of these issues to the Court.  The Defendants have assented to this motion.

WHEREFORE, Liberty Mutual respectfully requests that this Court issue an Order granting Liberty Mutual leave to file its Liberty Mutual Insurance Company's Opposition to Black & Decker's Supplemental Motion for Partial Summary Judgment with Respect to the Old Southington Landfill and Solvents Recovery Services sites, in a form exceeding twenty pages in length.

LIBERTY MUTUAL INSURANCE COMPANY

By its attorneys,

　　　/s/ Janice Kelley Rowan　　　
Ralph T. Lepore III (BBO #294420)
Janice Kelley Rowan (BBO #265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  November 24, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for defendants, Richard Binder, on November 24, 2004, and Mr. Binder assented to the filing of this motion.

　　　/s/ Janice Kelley Rowan　　　
Janice Kelley Rowan

- 3 -

CERTIFICATE OF SERVICE

     I hereby certify that on this 24th day of November, 2004, I caused a copy of the foregoing motion to be served by hand upon counsel for defendants, Jack R. Pirozzolo, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA 02110.

                                  /s/ Janice Kelley Rowan
                                  Janice Kelley Rowan

# 2416674_v1