UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | CIVIL ACTION |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | NO. 96-10804-DPW |
| | ) | NO. 1:04-CV-10674-DPW |
| Plaintiff, | ) | (Old Southington Landfill) |
| | ) | NO. 1:04-CV-10680-DPW |
| v. | ) | (Solvents Recovery Service) |
| | ) | |
| THE BLACK & DECKER CORPORATION, | ) | |
| BLACK & DECKER, INC., BLACK & DECKER | ) | |
| (U.S.) INC., EMHART CORPORATION, and | ) | |
| EMHART INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
BLACK & DECKER'S OPPOSITION TO LIBERTY MUTUAL INSURANCE
COMPANY'S SUPPLEMENTAL MOTIONS FOR SUMMARY JUDGMENT
WITH RESPECT TO THE SOLVENTS RECOVERY SERVICE SITE AND
THE OLD SOUTHINGTON LANDFILL SITE**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2,

for leave to file under seal Black & Decker's Opposition to Liberty Mutual Insurance Company's

Supplemental Motions for Summary Judgment with respect to the Solvents Recovery Service

Site and the Old Southington Landfill Site.  This document contains references to confidential

documents produced by the parties pursuant to protective orders designed to ensure the

confidentiality of said documents.  Pursuant to Local Rule 7.2, Black & Decker requests that this

Court enter an Order authorizing the sealing of this document.

Black & Decker also requests that the Court maintain this document under seal

until this action is closed and, thereafter, that said document be returned to counsel.

By their attorneys,

Dated: November 24, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo BBO # 400400
Richard L. Binder BBO # 043240
Judith S. Ziss BBO # 544937
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470