UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10674-DPW |
| Plaintiff, | ) ) | (Old Southington Landfill)<br>NO. 1:04-CV-10680-DPW |
| v. | ) ) | (Solvents Recovery Service) |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
BLACK & DECKER'S OPPOSITION TO LIBERTY MUTUAL INSURANCE
COMPANY'S SUPPLEMENTAL MOTIONS FOR SUMMARY JUDGMENT
WITH RESPECT TO THE SOLVENTS RECOVERY SERVICE SITE AND
<u>THE OLD SOUTHINGTON LANDFILL SITE</u>**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file <u>under seal</u> Black & Decker's Opposition to Liberty Mutual Insurance Company's Supplemental Motions for Summary Judgment with respect to the Solvents Recovery Service Site and the Old Southington Landfill Site. This document contains references to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of this document.

Black & Decker also requests that the Court maintain this document under seal

until this action is closed and, thereafter, that said document be returned to counsel.

        By their attorneys,

Dated: November 24, 2004      /s/ Jack R. Pirozzolo
      Jack R. Pirozzolo BBO # 400400
      Richard L. Binder BBO # 043240
      Judith S. Ziss BBO # 544937
      Willcox, Pirozzolo & McCarthy
      Professional Corporation
      50 Federal Street
      Boston, Massachusetts 02110
      (617) 482-5470