UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br><br>LIBERTY MUTUAL INSURANCE COMPANY,  )<br>   )<br>Plaintiff,         )<br>   )<br>v.            )<br>   )<br>THE BLACK & DECKER CORPORATION,  )<br>BLACK & DECKER, INC., BLACK & DECKER  )<br>(U.S.) INC., EMHART CORPORATION, and  )<br>EMHART INDUSTRIES, INC.,        )<br>   )<br>Defendants.      )<br>_____) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10674-DPW<br>  (Old Southington Landfill)<br>NO. 1:04-CV-10680-DPW<br>  (Solvents Recovery Service) |

**ASSENTED TO MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF TWENTY PAGES**

Black & Decker moves, pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum of more than twenty pages in its Reply Memorandum in Support of Black & Decker's Renewed Motion for Partial Summary Judgment Regarding Solvents Recovery Service and Old Southington Landfill Sites.  A memorandum in excess of twenty pages is appropriate to address and respond adequately to the issues pertinent to this motion.

Liberty Mutual assents to this motion.

By their attorneys,

Dated:  December 10, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo BBO # 400400
Richard L. Binder BBO # 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470