UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) THE BLACK & DECKER CORPORATION, ) BLACK & DECKER, INC., BLACK & DECKER ) (U.S.) INC., EMHART CORPORATION, and ) EMHART INDUSTRIES, INC., ) ) Defendants. ) ) | CIVIL ACTION NO. 96-10804-DPW NO. 1:04-CV-10674-DPW   (Old Southington Landfill) NO. 1:04-CV-10680-DPW   (Solvents Recovery Service) |

**NOTICE OF FILING WITH CLERK'S OFFICE
REGARDING SOLVENTS RECOVERY SERVICE AND
OLD SOUTHINGTON LANDFILL SITES**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Reply Memorandum In Support Of Black & Decker's Renewed Motion For Partial Summary Judgment Regarding Solvents Recovery Service and Old Southington Landfill Sites; and

- Affidavit of Richard L. Binder.

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 10, 2004         /s/ Jack R. Pirozzolo
                                 Jack R. Pirozzolo, BBO# 400400
                                 Richard L. Binder, BBO# 043240
                                 James J. Nicklaus, BBO# 564806
                                 Willcox, Pirozzolo & McCarthy
                                 Professional Corporation
                                 50 Federal Street
                                 Boston, Massachusetts  02110
                                 (617) 482-5470